**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:12-cr-00015-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOSHUA SAMUEL KNAFEL, | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

Entered: December 5, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge